IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER,<br><br>        Defendant. | Case No. 1:20-cv-3550 |

## NOTICE OF SATISFACTION

Pursuant to paragraphs 23 and 31 of the Stipulated Final Judgment and Order ("Judgment") in this matter, which was entered by the Court on December 8, 2020 (ECF No. 3), Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") submits this Notice of Satisfaction to notify the Court that Nationstar has satisfied the obligations under the Judgment for the payment of money, as such obligations are contained in paragraphs 21, 22, 28, 29 and 30 of the Judgment.

In support of this Notice, Nationstar states:

1.    On December 11, 2020, in accordance with paragraphs 21 and 22 of the Judgment, Nationstar deposited the Judgment Amount[1] of $15,623,305 into the Escrow Account by wiring that sum to the settlement Administrator. The Administrator, Epiq, has confirmed to counsel for Nationstar in writing that this amount was received into the Escrow Account.

2.    Pursuant to paragraph 23 of the Judgment, Nationstar's full and timely deposit of the Judgment Amount into the Escrow Account satisfied the judgment for monetary relief.

3.    On December 14, 2020, in accordance with paragraphs 28 through 30 of the

---

[1]    Capitalized terms used herein have the meaning given to them in the Judgment.

Judgment and Section 1017(d) of the Consumer Financial Protection Act, 12 U.S.C. § 5497(d), Nationstar paid $1,500,000 for the civil money penalty by wiring that sum to Plaintiff Bureau pursuant to instructions received from the Bureau.  The Bureau has confirmed in writing to counsel for Nationstar that the civil money penalty amount was received by the Bureau.

4. Pursuant to paragraph 31 of the Judgment, the full and timely payment of the civil money penalty to the Bureau satisfied the judgment for the civil money penalty.

Dated: December 17, 2020

By: *Thomas M. Hefferon*
Thomas M. Hefferon, (SBN 461750)
thefferon@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorney for Defendant Nationstar Mortgage LLC, d/b/a Mr. Cooper

## CERTIFICATE OF SERVICE

I certify that on December 17, 2020, I caused a copy of the foregoing document to be electronically filed with the United States District Court for the District of Columbia using the Court's CM/ECF system. I certify that all counsel of record are registered as ECF filers and will be served by the CM/ECF system.

/s/ *Thomas M. Hefferon*